RECEIVED
MAR - 7 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ARNOLD P. McCALLON, JR. | DOCKET NO. 11-CV-1984; SEC. P |
| VERSUS | JUDGE ~~DRELL~~ TRIMBLE |
| WARDEN, JACKSON PARISH CORRECTIONAL CENTER | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because Petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d), and he is not eligible for the benefits of either statutory or equitable tolling.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 7th day of March, 2012.

~~JEE D. DRELL~~ James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE